IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2009-CV-00440-JLK-KLM

RICHARD FICK, SANDRA FICK AND AMANDA FICK

Plaintiffs,

v.

SOUTHERN REFRIGERATED TRANSPORT, INC., a foreign corporation and
HAROLD STOW, individually,

Defendants.
_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
as between Plaintiff Sandra Fick and Defendants Southern Refrigerated Transport, Inc.
and Harold Stow, <u>only</u>**
_____

Kane, J.

Having reviewed the Stipulation for Dismissal with Prejudice **as between Plaintiff Sandra Fick and Defendants Southern Refrigerated Transport, Inc. and Harold Stow, <u>only</u>**, I APPROVE the Stipulation and ORDER the Complaint DISMISSED WITH PREJUDICE AS BETWEEN **Plaintiff Sandra Fick and Defendants Southern Refrigerated Transport, Inc. and Harold Stow, <u>ONLY</u>**.  The Complaint remains operative as between the remaining Plaintiffs and Defendants.

Dated June 3, 2011.

<u>s/John L. Kane</u>
SENIOR U.S. DISTRICT JUDGE