IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2009-CV-00440-JLK-KLM

RICHARD FICK, SANDRA FICK AND AMANDA FICK

Plaintiffs,

v.

SOUTHERN REFRIGERATED TRANSPORT, INC., a foreign corporation and HAROLD STOW, individually,

Defendants.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
as between Plaintiffs Amanda Fick and Richard Fick and Defendants Southern
Refrigerated Transport, Inc. and Harold Stow**

_____

**THIS MATTER**, having come before this Court upon the Stipulation for Dismissal with Prejudice **as between Plaintiffs Amanda Fick and Richard Fick and Defendants Southern Refrigerated Transport, Inc. and Harold Stow,** and this Court having been advised in the premises,

**IT IS HEREBY ORDERED** that the Stipulation for Dismissal with Prejudice is **APPROVED**. This action and any Complaint filed therein is hereby **DISMISSED WITH PREJUDICE** as between **Plaintiffs Amanda Fick and Richard Fick and Defendants Southern Refrigerated Transport, Inc. and Harold Stow.**

FURTHER, IT IS FOUND THAT THIS MATTER, having been completely resolved, is **DISMISSED WITH PREJUDICE** in its entirety.

Dated this 3d day of June, 2011.          **s/John L. Kane**

                                          SENIOR U.S. DISTRICT JUDGE